# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:   24-CR-462 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| -vs- | ) | SENTENCING MEMORANDUM |
| | ) | |
| JOEL ALONTE TRAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

### I.    Introduction.

On December 5, 2024, Joel Travis was indicted on one count of Armed Bank Robbery and one count of Using and Carrying a Firearm During and in Relation to a Crime of Violence. On April 23, 2025, a jury found him guilty of both counts. He has been in federal custody since December 3, 2024. The Presentence Investigation Report calculates a Guideline range of 51 to 63 months, plus a mandatory consecutive sentence of 7 years for Using and Carrying a Firearm During and in Relation to a Crime of Violence.

### II.    The Defendant's Background.

Joel Travis was born on July 24, 2004 in Cleveland, Ohio. He was primarily raised by his mother. Joel's father was absent from his childhood and Joel continues to have no relationship with him. As a child, his family relied on public assistance. He grew up in a violent neighborhood, but his mother did her best to shield Joel from drugs and gang activity. As an adult, he remains close to his mother, siblings, and maternal grandparents.

1

Joel is in a committed relationship with Aliyah Jones and they have one infant daughter together.

### III. Considerations for Sentencing.

Joel was twenty years old at the time of the offense. The Sentencing Guidelines indicate that a downward departure may be warranted due to the defendant's youthfulness at the time of the offense. U.S.S.G. §5H1.1. According to the guidelines, "youthful individuals generally are more impulsive, risk-seeking, and susceptible to outside influence as their brains continue to develop into young adulthood. Youthful individuals also are more amenable to rehabilitation." U.S.S.G. §5H1.1.

"Recent neurological research shows that brain development for adolescents continues well into young adulthood, and the decision-making capacity of young adults shares much with the impulsiveness of younger teenagers. Moreover, the transition from childhood to adulthood has slowed in some respects and has become more challenging, particularly for young disadvantaged men."[1]  "[T]here is a growing recognition that people may not gain full reasoning skills and abilities until they reach age 25 on average."[2]

Additionally, the "age-crime curve" demonstrates that criminal behavior tends to decrease with age. U.S.S.G. §5H1.1. There is little doubt that "[r]ecidivism rates decline relatively consistently as age increases." *United States v. Payton*, 754 F.3d 375, FN1 (6th Cir. 2014).

---

[1] Vincent Schiraldi, Bruce Western, and Kendra Bradner, *Community-Based Responses to Justice-Involved Young Adults* 3 (Sept. 2015), https://www.ojp.gov/pdffiles1/nij/248900.pdf.
[2] U.S.S.C., *Youthful Offenders in the Federal System, Fiscal Years 2010 to 2015* (2017), https://www.ussc.gov/sites/default/files/pdf/research-and-publications/researchpublications/2017/20170525_youthful-offenders.pdf.

The Defense requests that this Court consider the relative youth of Mr. Travis when determining an appropriate sentence.  While his young age may have rendered him more impulsive, risk-seeking, and susceptible to outside influence, it also makes him more amenable to rehabilitation.  His Guideline range is 51 to 63 months, plus a mandatory consecutive sentence of 7 years.  In total, his Guideline sentence will be between 11 years and 3 months, and 12 years and 3 months.

In all likelihood, he will spend the remainder of his 20s incarcerated.  The Defense respectfully submits that a below-guideline sentence of 10 years will reflect the seriousness of the offense, promote respect for the law, provide just punishment, protect the public, and deter further criminal conduct.  It will also allow Mr. Travis to avail himself of opportunities for rehabilitation, including educational and vocational training.

        Respectfully submitted,

*/s/ Scott J. Friedman*
SCOTT J. FRIEDMAN (#0084852)
sfriedman@sfriedman-law.com
IMG Building, Suite 910
1360 East 9th Street
Cleveland, OH  44114
216-260-1382 (Fax:  216-241-5464)
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the foregoing motion has been filed electronically this 6th day of August, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

>  */s/ Scott J. Friedman*
>  SCOTT J. FRIEDMAN (#0084852)
>  sfriedman@sfriedman-law.com
>  ATTORNEY FOR DEFENDANT