### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:    24-CR-462 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| -vs- | ) | SUPPLEMENT TO SENTENCING |
| | ) | MEMORANDUM |
| JOEL ALONTE TRAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant Joel Alonte Travis, by and through undersigned counsel, submits the following letters in support of Mr. Travis, which will supplement his Sentencing Memorandum filed on August 6, 2025:

1. Letter from B. Tally;

2. Letter from Breauna Sweeney;

3. Letter from Cassandra Calvin;

4. Letter from Earl Knights;

5. Letter from Karen Pearson.

Respectfully submitted,

*/s/ Scott J. Friedman*
SCOTT J. FRIEDMAN (#0084852)
sfriedman@sfriedman-law.com
IMG Building, Suite 910
1360 East 9th Street
Cleveland, OH  44114
216-260-1382 (Fax:  216-241-5464)
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing motion has been filed electronically this 8th day of August, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

*/s/ Scott J. Friedman*
SCOTT J. FRIEDMAN (#0084852)
sfriedman@sfriedman-law.com
ATTORNEY FOR DEFENDANT

2